# Notice Recipients

District/Off: 0974–3  User: admin  Date Created: 02/02/2021
Case: 20–05343–CL7  Form ID: 318  Total: 34

**Recipients of Notice of Electronic Filing:**
ust	United States Trustee	ustp.region15@usdoj.gov
tr	Gerald H. Davis	ghd@trusteedavis.com
aty	Michael G. Doan	mike@doanlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db	Kraig Andrew Huff	2601 Jefferson St. Apt 509	Carlsbad, CA 92008
jdb	Leticia Ana Huff	2601 Jefferson St. Apt 509	Carlsbad, CA 92008
smg	United States Trustee	Office of the U.S. Trustee	880 Front Street	Suite 3230	San Diego, CA 92101
smg	Employment Develop. Dept., State of CA	Bankruptcy Unit – MIC 92E	P.O. Box 826880	Sacramento, CA 94280
smg	Div. of Labor Standards Enforcement	7575 Metropolitan Drive, Suite 210	San Diego, CA 92108
smg	California Department of Tax and Fee Administration	Account Information Group, MIC:29	P.O. Box 942879	Sacramento, CA 94279–0029
smg	Dun & Bradstreet	Attn: Lynne Roberts, 2nd Floor	3501 Corporate Parkway	PO Box 520	Center Valley, PA 18034–0520
smg	Franchise Tax Board	Attn: Bankruptcy	P.O. Box 2952	Sacramento, CA 95812–2952
14814469	California Business B., Inc.	Attn: Bankruptcy	Po Box 5010	Monrovia, CA 91017
14814470	Capital One	Attn: Bankruptcy	Po Box 30285	Salt Lake City, UT 84130
14814471	Comenity Bank/Wayfair	Attn: Bankruptcy Dept	Po Box 182125	Columbus, OH 43218
14814472	Costco Anywhere Visa Card	Attn: Bankruptcy	Po Box 6500	Sioux Falls, SD 57117
14814473	Credit One Bank	Attn: Bankruptcy Department	Po Box 98873	Las Vegas, NV 89193
14814474	Discover Financial	Attn: Bankruptcy	Po Box 3025	New Albany, OH 43054
14814475	Kohls/Capital One	Attn: Credit Administrator	Po Box 3043	Milwaukee, WI 53201
14814476	Laboratory Corp. of Amer. Hold	P.O. Box 2240	Burlington, NC 27216–2240
14814478	MOHELA	Attn: Bankruptcy	633 Spirit Drive	Chesterfield, MO 63005
14814477	Mercury/FBT	Attn: Bankruptcy	Po Box 84064	Columbus, GA 31908
14814479	Navy Federal Credit Union	Attn: Bankruptcy	Po Box 3000	Merrifield, VA 22119
14814480	Navy Federal Credit Union	P.O.Box 3100	Merrifield, VT 22119
14814484	Notice Only	Chex Systems, Inc.	7805 Hudson Road, Suite 100	Woodbury, MN 55125
14814482	Notice Only	Equifax	PO Box 740241	Atlanta, GA 30374–0241
14814483	Notice Only	Experian	PO Box 9701	Allen, TX 75013–2104
14814481	Notice Only	Trans Union	PO Box 1000	Crum Lynne, PA 19022
14814485	Optumcare Medical Group	PO Box 844842	Los Angeles, CA 90084–4842
14816590	PRA Receivables Management, LLC	PO Box 41021	Norfolk, VA 23541
14814486	Syncb/PPC	Attn: Bankruptcy	Po Box 965060	Orlando, FL 32896
14814487	Synchrony Bank	Attn: Bankruptcy Dept	Po Box 965060	Orlando, FL 32896
14814488	Synchrony Bank/ Old Navy	Attn: Bankruptcy	Po Box 965060	Orlando, FL 32896
14814489	Synchrony Bank/Amazon	Attn: Bankruptcy	Po Box 965060	Orlando, FL 32896
14814490	Target	c/o Financial & Retail Srvs	Mailstop BT POB 9475	Minneapolis, MN 55440

TOTAL: 31